IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
In re:                              )
                                    )    2:12-cv-01292-GEB
SK FOODS, LP,                       )
                                    )
          Debtor.                   )    ORDER
                                    )
_____ )
                                    )
Bradley D. Sharp,                   )
                                    )
          Appellee,                 )
                                    )
     v.                             )
                                    )
SSC Farms I, LLC; SK Foods, LP;     )
SSC Farming, LLC; SSC Farms II,     )
LLC,                                )
                                    )
          Appellants.               )
_____ )
```

On May 25, 2012, Appellants filed an ex parte application to shorten time to hear a motion to stay an order pending appeal. (ECF No. 7.) The referenced motion is scheduled for a hearing on July 2, 2012; however, Appellants seek to "set the hearing . . . as soon as the matter may be heard by the Court." (Mot. 4:24-25.)

Concerning ex parte applications to shorten time, Eastern District Local Rule 144(e) states, in relevant part:

> Ex parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of

1

1 such an order from other counsel or parties in the action.

Appellants filed a declaration of counsel, which states as follows concerning the failure to obtain a stipulation:

> On May 25, 2012, I caused my office to contact, by telephone the office of Michael Carlson, counsel for the Trustee to request that Mr. Carlson stipulate to have the Motion for Stay heard on shorten time. As of the filing of this declaration, Mr. Carlson has not returned the call.

(Decl. of Robert Moore ¶ 7.) Since Appellants' only attempt to obtain a stipulation occurred on the same day Appellants filed this application, Appellants have not shown a satisfactory explanation for the failure to obtain a stipulation from other counsel.

Therefore, Appellants' application for an order shortening time is DENIED.

Dated:  May 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge