1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   IN RE:

10  SK FOODS, L.P.,

11          Debtor.

12  SCOTT SALYER, et al.,                    CIV. S-11-2987 LKK

13          Appellants,

14              v.
                                            O R D E R
15  SK FOODS, L.P., et al.,

16          Appellees.
    _____/

17

18      The Salyer Entities' appeal in In re SK Foods, L.P., 11-cv-

19  2987-LKK, is currently scheduled to be heard on July 23, 2012.  On

20  June 6, 2012, the court advised appellants that they could "not

21  appear or argue on their own behalf," nor "be heard at oral

22  argument unless they have previously engaged counsel and counsel

23  has entered an appearance in this case."  No new counsel has made

24  an appearance in this case, to date.

25      The court is aware however, that appellants are represented

26  by new counsel, Robert R. Moore, Esq., of Allen Matkins Leck Gamble

1 Mallory & Natsis LLP, in <u>Sharp v. SSC Farms I (In re SK Foods)</u>, 12-

2 cv-1292-LKK.

3       Accordingly, counsel is ordered to advise the court, no later

4 than Friday, July 13, 2012 at 3:00 p.m., if he also represents

5 appellants in 11-cv-2987-LKK, and if so, at the same time: (1) file

6 his appearance in that case, and (2) notify the court whether or

7 not he is prepared to go forward with oral argument on July 23,

8 2012.

9       IT IS SO ORDERED.

10      DATED:  July 11, 2012.

11

12

13                         _____
                           LAWRENCE K. KARLTON
14                         SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
15

16

17

18

19

20

21

22

23

24

25

26