Gregory C. Nuti (CSBN151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Michael M. Carlson (CSBN 88048)
  mcarlson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | **U.S. Dist. Ct. Case No. 2:12-cv-1292 LKK** |
| SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP, | Bankr. Case No. 09-29162-D-11 |
| Debtor. | Chapter 11 |
| SCOTT SALYER, individually and as trustee of the Scott Salyer Revocable Trust, et al., | |
| Appellants, | |
| v. | **ORDER DENYING MOTION FOR STAY PENDING APPEAL** |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, | **Date:** July 9, 2012<br>**Time:** 10:00 a.m.<br>**Place:** 501 I Street, Courtroom 4<br>Sacramento, CA |
| Appellee. | **Judge:** Hon. Lawrence K. Karlton |

The motion to stay pending appeal ("Motion") of the Bankruptcy Court's May 10, 2012 "Order Granting Motion to Amend Preliminary Injunction and Order Appointing Receiver" ("Amended PI") [Dkt. No. 4], filed on May 25, 2012 by appellants SSC Farming, LLC, SSC Farms, I, LLC, and SSC Farms II, LLC (collectively, the "Appellants"), came duly on for hearing at the above-noted date and time. Kevin W. Coleman of Schnader Harrison Segal & Lewis LLP appeared on behalf of Bradley D. Sharp ("Trustee"), Chapter 11 Trustee and appellee in this matter. Robert R. Moore of Allen Matkins Leck Gamble Mallory & Natsis LLP appeared on behalf of the Appellants. Other appearances are as noted on the record.

The Court has duly considered the Motion, the Trustee's opposition to the Motion, the Appellants' reply to the opposition, all of the supporting evidence and memoranda of law submitted in support of and in opposition to the Motion, and the arguments of counsel at the hearing.

For the reasons set forth in the Court's order entered on July 11, 2012 attached hereto as Exhibit A [Dkt. No. 18] and incorporated herein by reference, and for other good cause appearing,

IT IS HEREBY ORDERED THAT:

1.   The Motion is DENIED.

2.   Notwithstanding the provisions of Paragraph 1, the Trustee and Robert C. Greeley (the "Receiver") shall refrain from changing, removing, or otherwise modifying the current officers or directors of non-party SS Farms Australia Pty, Ltd. ("SSFA"), pursuant to the rights vested in the Receiver over non-appellant SS Farms, LLC, which owns stock in SSFA, until after this appeal is resolved, or further order of this Court.

3.   Should the Trustee or Receiver learn that SSFA's assets or funds, including but not limited to, said stock or proceeds thereof, are at risk, the Trustee shall be heard by this Court on an expedited basis for any appropriate relief, including modifications to the terms of Paragraph 2 of this order.

//

//

1

**ORDER DENYING MOTION FOR STAY PENDING APPEAL**                                      **PHDATA 3853638_1**

4. Except as explicitly stated herein, all other terms, conditions, and obligations set forth in the Amended PI shall remain in full force and effect.

Dated: July 18, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785