ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com

Attorneys for Appellants
Scott Salyer, individually and as trustee of the Scott Salyer
Revocable Trust, SSC&L 2007 Trust, SK PM Corp., SK
Foods, LLC, SKF Canning, LLC, Blackstone Ranch
Corporation, SKF Aviation, LLC, Monterey Peninsula
Farms, Salter Management Company, LLC, SK Farms
Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC,
SSC Farming, LLC, SSC Farms, I, LLC, SSC Farms II,
LLC, and SSC Farms III, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, LP,<br><br>Debtor.<br><br>─────────────────<br>SSC FARMS, I, LLC, et al.,<br><br>Appellants,<br><br>vs.<br><br>BRADLEY D. SHARP,<br><br>Appellee. | Case No.  2:12-01292-LKK<br><br>**STIPULATION AND ORDER:  (1) SHORTENING TIME ON ALLEN MATKINS' MOTION TO WITHDRAW AS COUNSEL; AND (2) EXTENDING BRIEFING SCHEDULE ON APPEAL**<br><br>[Application to Shorten Time Pending]<br><br>Ctrm:  4<br>Judge:  Hon. Lawrence K. Karlton<br><br>Appeal Filed:  May 11, 2012 |

It is stipulated by and between counsel for Appellants Scott Salyer, *et al* ( collectively "Appellants") and Appellee Bradley D. Sharp ("Trustee") that:

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

849054.01/SF

Case No.  2:12-01292-LKK
Stipulation and [Proposed] Order

(1) The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in Courtroom 4 of the above titled Court on July 23, 2012 at 10 a.m. No opposition or reply papers shall be filed by the Trustee or Appellants.

(2) The deadline for appellants to file their opening brief and excerpts of record is hereby extended 30 days, to August 23, 2012. The appellee's opening brief is due within **fourteen (14) days** after service of appellants' brief. The appellants may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief. Once all briefs have been submitted, the appellants are to notify the court in writing, within **fourteen (14) days** after service of appellants' reply brief, that the appeal is ready for oral argument.

IT IS SO STIPULATED.

Dated:  July 17, 2012                     SCHNADER HARRISON SEGAL
                                          & LEWIS LLP

                                          By: */s/ Kevin Coleman* (as authorized on 7-17-12)
                                              KEVIN W. COLEMAN
                                              Attorneys for Appellee Bradley D. Sharp,
                                              Chapter 11 Trustee

Dated:  July 17, 2012                     ALLEN MATKINS LECK GAMBLE
                                             MALLORY & NATSIS LLP


                                          By:/s/  *Robert R. Moore*
                                              ROBERT R. MOORE
                                              Attorneys for Appellants Scott Salyer,
                                              individually and as trustee of the Scott Salyer
                                              Revocable Trust, SSC&L 2007 Trust, SK
                                              PM Corp., SK Foods, LLC, SKF Canning,
                                              LLC, Blackstone Ranch Corporation, SKF
                                              Aviation, LLC, Monterey Peninsula Farms,
                                              Salter Management Company, LLC, SK
                                              Farms Services, LLC, SK Frozen Foods,
                                              LLC, SS Farms, LLC, SSC Farming, LLC,
                                              SSC Farms, I, LLC, SSC Farms II, LLC, and
                                              SSC Farms III, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

849054.01/SF

Case No.   2:12-01292-LKK
Stipulation and [Proposed] Order

-2-

(1) The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in Courtroom 4 of the above titled Court on August 6, 2012 at 10 a.m. No opposition or reply papers shall be filed by the Trustee or Appellants.

(2) The deadline for appellants to file their opening brief and excerpts of record is hereby extended 60 days. Appellant business entities are cautioned that they may not file papers, argue or otherwise represent themselves in court ("pro se"), but must instead retain new counsel, if their current counsel's Motion To Withdraw is granted. The appellee's opening brief is due within **fourteen (14) days** after service of appellants' brief. Appellants may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief. Once all briefs have been submitted, appellants are to notify the court in writing, within **fourteen (14) days** after service of appellants' reply brief, that the appeal is ready for oral argument.

Dated: July 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT