UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

    Debtor.

BRADLEY D. SHARP,　　　　　　　　　　　　CIV NO. S-12-1292 LKK

    Plaintiff-Appellee,

    v.

SSC FARMS I, LLC, et al.,　　　　　　　　O R D E R

    Defendants-Appellants.
_____/

    Appellants filed this appeal from the preliminary injunction order entered against them in the bankruptcy court.[1] After appellants' counsel (Allen Matkins Leck Gamble Mallory & Natsis LLP) withdrew, appellants, through their new counsel (Law Office of Holly L. Hostrop), sought and were granted additional time to file their opening appeal brief. Appellants never filed their

---

[1] See ECF No. 1 pp. 14-20 (preliminary injunction order). This court conditionally denied appellants' motion to stay the injunction (ECF No. 18).

opening brief, and have not sought another extension.

The Trustee now moves to dismiss the appeal, asserting that appellants have abandoned it. Appellants have not opposed the dismissal motion, nor filed a Statement of Non-Opposition. It appearing that appellants have indeed abandoned this appeal, the court will grant the Trustee's motion on the basis of lack of prosecution.

Accordingly:

1. The hearing on this motion, currently scheduled for December 3, 2012, is **VACATED**;

2. The Trustee's motion to dismiss the appeal for lack of prosecution (ECF No. 32), is **GRANTED**; and

3. This appeal is **DISMISSED** for appellants' failure to prosecute, pursuant to Fed. R. Bank. P. 8001(a) (appellant's failure to take the steps prescribed in the Bankruptcy Rules is grounds "for such action as the district court ... deems appropriate, which may include dismissal of the appeal").

IT IS SO ORDERED.

DATED: November 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT